CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2005

JOHN F. CORCORAN, CLERK
BY:
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBB HARKSEN,<br>　　Plaintiff, | Civil Action No. 7:03-cv-00653 |
| v. | **FINAL ORDER** |
| C/O HALE, et al.,<br>　　Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the stay imposed in this action is hereby **LIFTED** and that upon review of the complaint, the action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 27th day of September, 2005.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　Senior United States District Judge